IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FORT GORDON HOUSING, LLC,
d/b/a BALFOUR BEATTY
COMMUNITIES,

    Plaintiff,

    v.

WENDY DAVIS and OCTAVIUS
DAVIS,

    Defendants.

CV 117-110

# ORDER

The Clerk is **ORDERED** to **ENTER JUDGMENT** in favor of Plaintiff Fort Gordon Housing, LLC and against Defendants Wendy Davis and Octavius Davis in the amount of **$5,787.87**. This is the sum of $5,044.00 of past due rent and late fees; $243.87 for electricity fees; and $500 of court expenses. The Clerk shall **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 21ST day of November, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA